No. 4,743.—STATE EX REL. J. T. GREEN, RESPONDENT, *v.* J. W. HIMES ET AL., APPELLANTS.

*Appeal from District Court, Missoula County; Theodore Lentz, Judge.*

Decided November 1, 1921.

PER CURIAM.—This day this cause coming on for judgment and decision, it is ordered that pursuant to the stipulation of the parties, and on the authority of *State ex rel. Samlin* v. *District Court,* 59 Mont. 600, 198 Pac. 362], that the judgment of the court below made on the fourth day of September, 1919, be and it is hereby reversed and the district court

is ordered to dismiss the proceedings and order the sheriff to return the whiskey and articles seized to the defendants and claimants.

*Mr. H. H. Parsons* and *Mr. Arthur A. Brown,* for Appellants.

*Mr. Wellington D. Rankin,* Attorney General, and *Mr. L. A. Foot,* Assistant Attorney General, for Respondent.